**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frederick Paul Mraz aka Fred Paul Mraz<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-11284 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
26 Apr 2024, 10:21:53, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322