L.B.F. 2016-4

STATEMENT OF PRO SE DEBTOR

Debtor's Name _Frederick Mrurz_     Case No. _24-11284_

Address _9 Woodchuck Way_     Chapter of Case _13_
_Kennett Square, PA 19348_
Telephone Number (home) _302-530-5131_   Date Case Filed _04/16/2024_

Telephone Number (work) _302-530-5131_

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   _None_

   _____

   _____

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   _____

3. a. Total fee charged by person or business named above  $ _____

   b. Amount of fee paid as of the date you filed bankruptcy $ _____

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
              YES       NO     (circle one)

4. Were various chapters or types of bankruptcy explained to you?
              YES       NO     (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
              YES       NO     (circle one)

[Stamp: FILED APR 30 2024 TIMOTHY McGRATH, CLERK DEP CLERK]

6. Did the preparer give you a copy of the papers he prepared for you?

          YES        NO    (circle one)


Date: 04/30/2024            _[signature]_