Larry S. Eisman
Attorney for Hamorton Association
919 Conestoga Rd., Bldg. 3, Suite 114
Bryn Mawr, PA 19010
610 660 5009
610 668 3625
Larry@Eisman.us

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Frederick Paul Mraz                              CASE NO. 24-11284
     aka Fred Paul; Mraz
                                            CHAPTER 13

**PRAECIPE TO WITHDRAW DOCUMENT #20**

To the Clerk of the United States Bankruptcy Court:

Withdraw document #20 mistakenly filed by counsel.

/s/ Larry S. Eisman
_____

    Larry S. Eisman, Esquire
    *Attorney for Hamorton Association*