

# BROKER PRICE OPINION (BPO)



2024/06/14 15:19:22

**File #:**
**Lender/Client:** Real Time Resolutions, Inc.
**Borrower:**
**Occupancy:** Unknown

**Subject Property Address:**
9 Woodchuck Way
Kennett Square, PA 19348
Chester County

| Inspection Date: 06/14/2024 | Completion Date: |
|---|---|
| **"AS-IS"** **90-120 Day Value** | **Estimated Sale Price.....$750,000.00** **Suggested List Price.....$750,000.00** |
| **"AS-REPAIRED"** **90-120 Day Value** | **Estimated Sale Price.....$750,000.00** **Suggested List Price.....$750,000.00** |
| **30 Day Quick Sale Value...$710,000.00** | |
| **Inspection Type: [x] Exterior ☐ Interior** | |



# RESIDENTIAL BROKER PRICE OPINION

**USRES**
US Real Estate Services

| Loan # | 9wood | **Inspection Date/Time** | 6/14/2024 3:45:00 PM |
|--------|-------|--------------------------|----------------------|
| **File #** | | This BPO is the [X] Exterior [ ] Interior | |
| **BPO #** | 108875 | | |

| PROPERTY ADDRESS: | | 9 Woodchuck Way Kennett Square, PA 19348 | |
|-------------------|---|-------------------------------------------|---|
| Subject Parcel # | 62-02J-0003 | BORROWER'S NAME: | |
| FIRM NAME: | Compass RE | COMPLETED BY: | Brigitte Hug |
| PHONE NO: | (302) 383-2550 | FAX NO: | (302) 383-2550 |
| Email Address | brigitte.hug@compass.com | Broker / Agent Lic # | RS-0022941 |
| Broker distance to subject Property | 10.00 | Years of Experience | 9 |

## I. GENERAL MARKET CONDITIONS

| Current market condition: | [ ] Declining | [X] Stable | [ ] Increasing | |
|---|---|---|---|---|
| Employment conditions: | [ ] Declining | [X] Stable | [ ] Increasing | |
| Market price of this type property has: | [ ] Decreased | % in past | months | |
| | [ ] Increased | % in past | months | |
| | [X] Remained Stable | | | |

Estimated percentages of owners vs. tenants in neighborhood: 90% owner occupant 10% tenant

| There is a | [X] Normal Supply | [ ] Over Supply | [ ] Shortage of comparable listings in the neighborhood |
|---|---|---|---|

| Approximate number of comparable units for sale in neighborhood | 12 |
|---|---|
| No. of competing listings in neighborhood that are REO or Corporate owned | 0 |
| No. of boarded or blocked-up homes | 0 |

## II. SUBJECT MARKETABILITY

| Neighborhood Boundaries defined | within 1.5 mile radius | |
|---|---|---|
| Range of sales in the neighborhood is | $ 650000.00 to $ 850000.00 | Total # of Properties 15 |
| Range of listings in the neighborhood is | $ 530000.00 to $ 950000.00 | Total # of Properties 11 |

| Subject is an | [ ] Over Improvement [ ] Under Improvement [X] Appropriate improvement for the neighborhood |
|---|---|

| Normal marketing time in the area is: | 30days |
|---|---|

| Are all types of financing available for the property? | [X] Yes [ ] No If no, explain |
|---|---|

| Has the property been on the market for the past 12 months? | [ ] Yes [X] No If yes, $ |
|---|---|

| Is the subject currently listed for sale: | [ ] Yes [X] No Current List price List Date |
|---|---|

If listed, Provide the brokers Name Firm Phone #

Subjects total DOM for the past year 0 **Starting Listing Price** $ 0.00

First price reduction $ Second price reduction $ Third price reduction $

To the best of your knowledge, why did it not sell? Not on the market

Subjects Last Sale Price:$0.00 Sale Date

Additional Prior Sale Price within past 24 months: $Sale Date

| Unit type: | [X] Single Family | [ ] Condo | [ ] Townhouse | [ ] Co-Op |
|---|---|---|---|---|
| | [ ] Modular | [ ] Mobile Home | [ ] Vacant Land | [ ] Units # |

| If condo or other association exists Fee: | No | | | | | |
|---|---|---|---|---|---|---|
| | $ [ ] Monthly [ ] Annually | Current? | [ ] Yes | [ ] No | Fee Delinquent $ |

| The fee includes: | [ ] Insurance | [ ] Landscape | [ ] Pool | [ ] Tennis | [ ] Other |
|---|---|---|---|---|---|

Association company: Contract name: Phone No:

Project Name: Total Number of units: Legal Action No

**USRES**
US Real Estate Services

| Loan #   9wood **File #** BPO **#**108875**Inspection Date/Time** 6/14/2024 3:15:00 PM |

### III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 9 Woodchuck Way Kennett Square, PA 19348 | 6 Hillingham Ct Chadds Ford, PA 19317 | | 17 Montbard Dr Chadds Ford, PA 19317 | | 17 Deer Pond Ln Chadds Ford, PA 19317 | |
| Proximity to Subject | | 0.2 | REO/Corp ☐ | 0.5 | REO/Corp ☐ | 1 | REO/Corp ☐ |
| Sale Price | $ | $ 725,000 | | $ 800,000 | | $ 750,000 | |
| Data and/or Verification Sources | MLS | MLS | | MLS | | MLS | |
| Price/Gross Living Area | | $202.63 | | $238.10 | | $214.47 | |
| List price at sale / # of price reductions | | $ 725,000 / 0 | | $ 800,000 / 0 | | $ 759,000 / 1 | |
| Sale type Reo / Short Sale / Foreclosure | | Traditional | | Traditional | | Traditional | |
| Sale Date/Days on Mkt | | 12/28/2023 | 4 | 1/30/2024 | 0 | 3/25/2024 | 106 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adj | DESCRIPTION | +(-) Adj | DESCRIPTION | +(-) Adj |
| Sales or Financing Concessions | | concessions | -$ 13,665 | concessions | -$ 1,000 | none | $ 0 |
| Location | Suburban | Suburban | $ 0 | Suburban | $ 0 | Suburban | $ 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | $ 0 | Fee Simple | $ 0 | Fee Simple | $ 0 |
| Lot Size (in Acres) | 2.33 | 1 | $ 26,000 | 1 | $ 26,000 | 1 | $ 26,000 |
| # of units | 1 | 1 | $ 0 | 1 | $ 0 | 1 | $ 0 |
| View | street | street | $ 0 | street | $ 0 | street | $ 0 |
| Appeal & Quality | Average | Average | $ 0 | Average | $ 0 | Average | $ 0 |
| Year Built | 1972 | 1987 | -$ 15,000 | 1987 | -$ 15,000 | 1991 | -$ 19,000 |
| Condition | Good | Good | $ 0 | Excellent | -$ 50,000 | Good | $ 0 |
| Above Grade Room Count | Total 11  Bdms 5  Baths 3.1 | Total 10  Bdms 4  Baths 2.1 | $ 10,000 | Total 10  Bdms 4  Baths 2.2 | $ 5,000 | Total 9  Bdms 3  Baths 3.1 | $ 0 |
| Gross Living Area | 3260 Sq. Ft | 3578 Sq. Ft | -$ 20,700 | 3360 Sq. Ft | -$ 6,500 | 3497 Sq. Ft | -$ 15,400 |
| Basement & Finished Rooms Below Grade | full | full | $ 0 | full | $ 0 | full | $ 0 |
| Heating/Cooling | gas/ac | elec/ac | $ 0 | elec/ac | $ 0 | elec/ac | $ 0 |
| Garage/Carport | Attached - 3 | Attached - 2 | $ 10,000 | Attached - 2 | $ 10,000 | Detached - 2 | $ 10,000 |
| Porches, Patio, Deck Fireplace(s), etc. Fence, Pool | Patio/Porch | Deck | $ 5,000 | Patio/Deck | $ 0 | 4 season room/patio | $ 0 |
| Other / Functional Utility | | | | | | | |
| NET Adj (total) | | + - | $1,635.00 | + - | $-31,500.00 | + - | $1,600.00 |
| Adjusted Sales Price of Comparable | | | $726,635.00 | | $768,500.00 | | $751,600.00 |

**USRES**
US Real Estate Services

| Loan # 9wood | File # BPO #108875 | Inspection Date/Time 6/14/2024 3:15:00 PM |

## IV. CURRENT OCCUPANCY STATUS

| | | | | | | |
|---|---|---|---|---|---|---|
| Occupancy Status: | [X] | Unknown | [ ] | Occupied | [ ] | Vacant |
| Ownership Status: | [X] | Main residence | [ ] | Rented | | |

## V. MARKETING OCCUPANCY STRATEGY

| Marketing Occupancy Strategy: | [X] | Owner | [ ] | Vacant | [ ] | Tenant | [ ] | Other |
|---|---|---|---|---|---|---|---|---|
| Estimated Rent: $ 4500.00 per month | | | | | | | | |

| Recommended Marketing Strategy: | [ ] | As-Is | [X] | Minimal Lender Required Repairs | [ ] | Repaired |
|---|---|---|---|---|---|---|
| Most Likely Buyer: | [X] | Owner Occupant | [ ] | Investor | | |

## VI. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood. If EXTERIOR inspection is done, cost to cure estimates should only include exterior repairs. If INTERIOR inspection is done, both interior AND exterior estimates should be included. Check those repairs you recommend that we perform for most successful marketing of the property.

| | | | |
|---|---|---|---|
| [ ] | none $ 0.00 | [ ] | $ |
| [ ] | $ | [ ] | $ |
| [ ] | $ | [ ] | $ |
| [ ] | $ | [ ] | $ |
| [ ] | $ | [ ] | $ |
| GRAND TOTAL FOR ALL REPAIRS | $0.00 | | |

## VII. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 9 Woodchuck Way Kennett Square, PA 19348 | 1104 Graychal Ln Kennett Square, PA 19348 | | 117 Willow Glen D Kennett Square, PA 19348 | | 825 Burrows Run Rd Chadds Ford, PA 19317 | |
| Proximity to Subject | | 1.5    REO/Corp [ ] | | 1.3    REO/Corp [ ] | | 1.3    REO/Corp [ ] | |
| List Price | $ | $ 875,000 | | $ 824,900 | | $ 749,900 | |
| Price/Gross Living Area | | $216.75 | | $270.99 | | $214.75 | |
| Original list price / # of reductions | | $ 875,000 / 0 | | $ 899,000 / 2 | | $ 749,900 / 0 | |
| Data and/or Verification Sources | Appraisal | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adj | DESCRIPTION | +(-) Adj | DESCRIPTION | +(-) Adj |
| Sales or Financing Concessions | | none | $ 0 | none | $ 0 | none | $ 0 |
| Sale Date/Days on Mkt | | 3 | | 60 | | 17 | |
| Location | Suburban | Suburban | $ 0 | Suburban | $ 0 | Suburban | $ 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | $ 0 | Fee Simple | $ 0 | Fee Simple | $ 0 |
| Lot Size (in Acres) | 2.33 | 1.2 | $ 22,000 | 1 | $ 26,000 | 2.2 | $ 0 |
| View | street | street | $ 0 | street | $ 0 | street | $ 0 |
| # of units | 1 | 1 | $ 0 | 1 | $ 0 | 1 | $ 0 |
| Appeal & Quality | Average | Average | $ 0 | Average | $ 0 | Average | $ 0 |
| Year Built | 1972 | 1980 | $ 0 | 1987 | $ 0 | 1973 | $ 0 |
| Condition | Good | Good | $ 0 | Excellent | -$ 60,000 | Good | $ 0 |
| Above Grade Room Count | Total 11  Bdms 5  Baths 3.1 | Total 10  Bdms 4  Baths 3.1 | $ 0 | Total 10  Bdms 4  Baths 2.1 | $ 10,000 | Total 10  Bdms 4  Baths 2.1 | $ 10,000 |
| Gross Living Area | 3,260 Sq. Ft | 4,037 Sq. Ft | -$ 50,500 | 3,044 Sq. Ft | $ 14,000 | 3,492 Sq. Ft | -$ 15,100 |
| Basement & Finished Rooms Below Grade | full | full | $ 0 | full | $ 0 | finished | -$ 10,000 |
| Heating/Cooling | gas/ac | propane/ac | $ 0 | elec/ac | $ 0 | oil/ac | $ 0 |
| Garage/Carport | Attached - 3 | Attached - 3 | $ 0 | Attached - 2 | $ 10,000 | Attached - 2 | $ 10,000 |
| Porches, Patio, Deck Fireplace(s), etc. Fence, Pool | Patio/Porch | 2 decks | $ 0 | Deck | $ 5,000 | Patio/inground pool | -$ 5,000 |
| Other / Functional Utility | | | | | | | |
| NET Adj (total) | | + -  | -$28,500.00 | + -  | $5,000.00 | + -  | -$10,100.00 |
| Adjusted Sales Price of Comparable | | | $846,500.00 | | $829,900.00 | | $739,800.00 |

## VIII. MARKET VALUE

(The value must fall within the indicated value of the Competitive Closed Sales)

| | Market Value | Suggested List Price |
|---|---|---|
| AS IS 90 to 120 day value | $ 750,000.00 | $ 750,000.00 |
| REPAIRED 90 to 120 day value | $ 750,000.00 | $ 750,000.00 |
| 30-Day value | $ 710,000.00 | $ 710,000.00 |
| Land value | $ 250,000.00 | $ 250,000.00 |
| Last Sale of Subject, Price | $   0.00 | Date |



| Loan # | 9wood | File # BPO # | 108875 | Inspection Date/Time | 6/14/2024 3:15:00 PM |

---

## IX. COMMENTS

(Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Some comps are in the adjacent township since the subject is closer to it than Kenneth Square. Both townships share the same amenities and are within 5 miles radius of each other. The current market is slowing down compared to 6 months ago, properties tend to stay longer on the market and we start to see price reductions. The inventory is still very short though. Currently there is a 1 month supply in this area. All comparable sales and listings are within the same market area as defined area on page one for the subject and are in direct competition and share the same school district, transportation access and shopping access as the subject.

---

## X. ADDENDUM

(Use this section to add additional comments, notes, and explanations.)

QC- The agent noted it was necessary to expand search and criteria due to limited similar comps in the area.



| **Loan #** 9wood **File # BPO #**108875**Inspection Date/Time** 6/14/2024 3:15:00 PM |

**Quality Assurance**

Comp Sales

Please provide an explanation as to why one or more of the comps used are in a different city than the subject property.
Some comps are in the adjacent township since the subject is closer to it than Kenneth Square. Both townships share the same amenities and are within 5 miles radius of each other.

Please provide an explanation as to why one or more of the comps used are in a different zip than the subject property.
Some comps are in the adjacent township since the subject is closer to it than Kenneth Square. Both townships share the same amenities and are within 5 miles radius of each other.

Please provide an explanation as to why one or more of the comps used has a lot size that is 30% less/more than the subject property.
The focus was set on property SF since even if the lots of the comps are smaller, they all are at least 1 acre.

Please provide an explanation as to why one or more of the comps does not meet the following Age criteria: If subject property age is 15 (years) or less, the Age value entered for any comp must be within 5 years of the subject property's age. If the subject property age is greater than 15 (years), the Age value entered for any comp must be within 30% older or newer than the subject property's age. Additionally, at least 2 of the sales comps and 2 of the listing comps must be within 10 years of the subject property's age.
Age guideline had to be extended to remain within 1.5 miles radius and within the same amenities as the subject.

Comp Listings

Please provide an explanation as to why one or more of the comps used are in a different city than the subject property.
Some comps are in the adjacent township since the subject is closer to it than Kenneth Square. Both townships share the same amenities and are within 5 miles radius of each other.

Please provide an explanation as to why one or more of the comps used are in a different zip than the subject property.
Some comps are in the adjacent township since the subject is closer to it than Kenneth Square. Both townships share the same amenities and are within 5 miles radius of each other.

Please provide an explanation as to why one or more of the comps used are more than 1 mile in proximity from the subject property.
The distance guideline had to be extended in order to find comparable properties in size.

Please provide an explanation as to why one or more of the comps used has a sqft that was 20% less/more than the subject property.
This comparable is the only comp within 2 miles radius that is not even larger, the two other listings are most comparable in terms of SF.

Please provide an explanation as to why one or more of the comps used has a lot size that is 30% less/more than the subject property
The focus was set on property SF since even if the lots of the comps are smaller, they all are at least 1 acre.

Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. The above information was obtained from sources deemed to be reliable, but is not guaranteed, and is submitted subject to error and omission. USRES and Agents make no warranties, either expressed or implied, as to the completeness and/or accuracy of any information contained herein. This is a Broker Pricing Opinion only.

Signature:Date:



Subject Property Address:
9 Woodchuck Way, Kennett Square, PA 19348
Loan No: 9wood      Order ID: 262335
Owner:

Exterior Subject Photo (Frontal) 9 Woodchuck Way, Kennett Square, PA 19348



Close-Up of Address Photo



Street Scene Photo





Subject Property Address:
9 Woodchuck Way, Kennett Square, PA 19348
Loan No: 9wood      Order ID: 262335
Owner:

Comparable Photos (Listing 1) 1104 Graychal Ln



Comparable Photos (Listing 2) 117 Willow Glen D



Comparable Photos (Listing 3) 825 Burrows Run Rd



Comparable Photos (Sales 1) 6 Hillingham Ct



Comparable Photos (Sales 2) 17 Montbard Dr



Comparable Photos (Sales 3) 17 Deer Pond Ln





Subject Property Address:
9 Woodchuck Way, Kennett Square, PA 19348
Loan No: 9wood      Order ID: 262335
Owner:

**Additional BPO Pic**
Additional frontal since hidden by trees



**Additional BPO Pic**
Additional frontal since hidden by trees



**Additional BPO Pic**
other side street scene





Subject Property Address:
9 Woodchuck Way, Kennett Square, PA 19348
Loan No: 9wood    Order ID: 262335
Owner:



S = Subject 🔴 9 Woodchuck Way, Kennett Square, PA 19348

1 = Sales Comp 🔵 $ 725,000 6 Hillingham Ct

2 = Sales Comp 🔵 $ 800,000 17 Montbard Dr

3 = Sales Comp 🔵 $ 750,000 17 Deer Pond Ln

1 = Listing Comp 🟡 $ 875,000 1104 Graychal Ln

2 = Listing Comp 🟡 $ 824,900 117 Willow Glen D

3 = Listing Comp 🟡 $ 749,900 825 Burrows Run Rd