IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>FREDERICK PAUL MRAZ AKA<br>FRED PAUL MRAZ<br>　　　　Debtor,<br><br><br>REAL TIME RESOLUTIONS, INC. AS<br>AGENT FOR NATIONAL BEAR HILL<br>TRUST<br>　　　　Movant,<br>　　v.<br><br>FREDERICK PAUL MRAZ<br>KENNETH E. WEST, Chapter 13 Trustee<br>　　　　Respondents. | Bankruptcy No. 24-11284-amc<br><br>Chapter 13<br><br>Related to Doc. No. 16 |

CERTIFICATE OF SERVICE

　　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 9, 2024, I served copies of the BPO, referenced as Exhibit "D" in Movant Real Time Resolutions, Inc. as Agent for National Bear Hill Trust's Objection to Confirmation of Chapter 13 Plan filed April 30, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Frederick Paul Mraz<br>9 Woodchuck Way<br>Kennett Square, PA 19348 | Pro' Se |

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

　　　　　　　　By: /s/Keri P. Ebeck
　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　PA I.D. # 91298
　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　Phone - (412) 456-8112
　　　　　　　　Fax - (412) 456-8135

　　　　　　　　*Counsel for Real Time Resolutions, Inc. as Agent for National Bear Hill Trust*