UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FREDERICK PAUL MRAZ<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-11284-AMC |

CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 7th day of August, 2024, by first class mail upon those listed below:

FREDERICK PAUL MRAZ
9 WOODCHUCK WAY
KENNETT SQUARE, PA  19348

                                                      */s/ Kenneth E. West, Esq.*
                                                      Kenneth E. West, Esq.
                                                      Standing Chapter 13 Trustee