UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FREDERICK PAUL MRAZ<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11284-AMC |

### TRUSTEE'S AMENDED MOTION TO DISMISS WITH A BAR ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 04/16/2024.

3.    This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

4.    The debtor has filed three prior bankruptcy cases, either individually, or jointly with a spouse, as follows:

    (1)  2:2019bk11029 Mraz, Frederick (db) (title: Frederick Mraz) 13 02/20/2019 10/21/2019 Dismissed

    (2)  2:2020bk10258 Mraz, Frederick (db) (title: Frederick Mraz) 13 01/15/2020 07/01/2020 Dismissed

    (3)  2:2023bk12132 FPM Investments, (db) (title: Frederick Paul Mraz)
13 07/19/2023 09/01/2023 Dismissed

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, respectfully requests that, pursuant to 11 U.S.C. Sections 105 and 1307, the Court enter an Order dismissing this case and barring the debtor from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

Date: 08/08/2024                                       Respectfully submitted,

                                                     */s/ Kenneth E. West, Esq.*
                                                     Kenneth E. West, Esq.
                                                     Standing Chapter 13 Trustee
                                                     P.O. Box 40837
                                                    Philadelphia, PA  19107
                                                    Telephone: (215) 627-1377

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FREDERICK PAUL MRAZ<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11284-AMC |

## CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Amendeded Motion to Dismiss With A Bar Pursuant to 11 U.S.C. Sections 105 and 1307* was served this 8th day of August, 2024 by first class mail upon those listed below:

FREDERICK PAUL MRAZ
9 WOODCHUCK WAY
KENNETT SQUARE, PA  19348

**Electronically via ECF/System ONLY:**

PRO-SE

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107


                                                 */s/ Kenneth E. West, Esq.*
                                                 Kenneth E. West, Esq.
                                                 Standing Chapter 13 Trustee