# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Frederick Paul Mraz          :
                                     :     Chapter 13
                                     :     Bankruptcy No. 24-11284-AMC
                                     :
                                     :     **Hearing Date, Time & Place**
                                     :     **October 3, 2024, at 11:00 a.m.**
                                     :     **Telephonic Conference**
                    Debtor           :

### NOTICE OF OBJECTION, RESPONSE, DEADLINE AND HEARING DATE

Kenneth E. West, standing trustee, has filed an Objection to Exemption Pursuant to 11 U.S.C. Section 522 with the Court in the above-referenced Chapter 13 bankruptcy case for the reason(s) listed in the enclosed Objection.

1. If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then fifteen (15) days prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do <u>all</u> of the following:

2.
    (a)    file an answer explaining your position at:

        U.S. Bankruptcy Court
        900 Market Street - Suite 400
        Philadelphia, PA 19107

    (b)    mail a copy to the filer's attorney:

        Kenneth E. West
        Office of the Chapter 13 Standing Trustee
        P.O. Box 40837
        Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the enclosed Objection.

3. A hearing on the Objection is scheduled to be held before Honorable Ashely M. Chan on October 3, 2024 at 11:00AM via TELEPHONIC CONFERENCE.

4. If a copy of the Objection is not enclosed, a copy of the Objection will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.