**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: FREDERICK PAUL MRAZ | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 24-11284 AMC |

**Order Dismissing Chapter 13 Case**

**AND NOW,** this ___4th___ day of ___October___ 2024, upon consideration of the Chapter 13 standing trustee's Motion to Dismiss with a bar pursuant to 11 U.S.C. Sections 105, 349 and 1307 and any answer filed thereto, and after notice and hearing it is hereby

**ORDERED**, that the case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy case within a period of 180 days.

**ORDERED** that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

BY THE COURT

_____
**CHIEF ASHELY M. CHAN**
**BANKRUPTCY JUDGE**