United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-11284-amc
Frederick Paul Mraz | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 04, 2024      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick Paul Mraz, 9 Woodchuck Way, Kennett Square, PA 19348-2353 |
| NONE | + | HAMORTON ASSOCIATION, C/O LARRY S. EISMAN, 919 CONESTOGA RD., SUITE 3-114, BRYN MAWR, PA 19010 UNITED STATES 19010-1354 |
| 14906037 | + | Chester Water Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14906038 | + | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14906412 | + | Chester Water Authority., c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14879014 | + | Dorothy Mraz, 9 Woodchuck Way, Kennett Square, PA 19348-2353 |
| 14889211 | + | Hamorton Association, c/o Larry S. Eisman, Esquire, 919 Conestoga Rd., Bldg. 3, Suite 114, Bryn Mawr, PA 19010-1352 |
| 14879016 | + | Hamorton Association, c/o Larry Eisman, Esquire, 919 Conestoga Road, Suite 3-114, Bryn Mawr, PA 19010-1354 |
| 14879017 | + | Klehr Harrison Harvey Branzburg, 1835 Market Street, suite 1400, Philadelphia, PA 19103-2945 |
| 14900714 | + | Klehr Harrison Harvey Branzburg, LLP, c/o Christopher J. Leavell, Esquire, 1835 Market Street, Philadelphia, PA 19103-2968 |
| 14878282 | + | M & T Bank, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14879023 | + | Nina Smith, 1519 North Rodney Street, Wilmington, DE 19806-3007 |
| 14879024 | + | Pennsylvania Department of Revenue Department 2809, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 14879026 | + | Robert Lohr, Esq., 1246 West Chester Pike, Suite 312, West Chester, PA 19382-5683 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2024 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Oct 04 2024 23:30:00 | Real Time Resolutions, Inc. as Agent for National, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| 14912235 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 04 2024 23:40:41 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14879013 | + | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 23:40:49 | American Express, c/o Beckett & Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 14878003 | | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 23:40:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14879015 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 04 2024 23:30:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14879019 | ^ | MEBN | Oct 04 2024 23:20:42 | KML Law Group, 701 Market Street, Suite soo, Philadelphia, PA 19106-1538 |
| 14900509 | | Email/Text: camanagement@mtb.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14879020 | | Email/Text: camanagement@mtb.com | Oct 04 2024 23:30:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14879021 | | Email/Text: camanagement@mtb.com | Oct 04 2024 23:30:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14878155 | ^ | MEBN | Oct 04 2024 23:30:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 14879022 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 04 2024 23:20:43 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14882787 | | Email/Text: bkdepartment@rtresolutions.com | Oct 04 2024 23:39:57 | Navient Solutions, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| | | | Oct 04 2024 23:30:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14879025 | + | Email/Text: bkdepartment@rtresolutions.com | Oct 04 2024 23:30:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 14897376 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 23:40:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14897601 | | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 23:38:31 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14892483 | *+ | M&T BANK, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14892231 | *+ | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Chester Water Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 04, 2024 | Form ID: pdf900 | Total Noticed: 31 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Real Time Resolutions  Inc. as Agent for National Bear Hill Trust kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

LARRY S. EISMAN
    on behalf of HAMORTON ASSOCIATION Larry@Eisman.us  lse664@aol.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: FREDERICK PAUL MRAZ       :       Chapter 13
                                 :
                                 :
                                 :
                                 :
           Debtor                :       Bankruptcy No. 24-11284 AMC

### Order Dismissing Chapter13 Case

**AND NOW,** this ___4th___ day of ___October___ 2024, upon consideration of the Chapter13 standing trustee's Motion to Dismiss with a bar pursuant to 11 U.S.C. Sections 105, 349 and 1307 and any answer filed thereto, and after notice and hearing it is hereby

   **ORDERED**, that the case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy case within a period of 180 days.

   **ORDERED** that any wage orders previously entered are **VACATED**.

   **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

BY THE COURT

_____
CHIEF ASHELY M. CHAN
BANKRUPTCY JUDGE